UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                         CASE NO.: 8:01-cr-421-T-23EAJ

STEVEN MARK JOHNSON
_____/

**ORDER**

Steven Johnson is currently serving a state term of imprisonment at the Bay City Work Camp in Apalachicola, Florida. His projected release date is April 23, 2011.

Pursuant to a "Petition for Warrant or Summons for Offender Under Supervised Release" (Doc. 143), on December 15, 2009, the United States District Court for the Middle District of Florida issued a warrant for Johnson's arrest (Doc. 144). The warrant is lodged as a detainer with the Bay City Work Camp.

On September 3, 2010, Johnson submitted a "Request for Disposition of Indictment, Information, or Complaint" (Doc. 147), and on October 25, 2010, Johnson submitted a "Request of Disposition of Violation of Probation" (Doc. 148).

Because "revocation hearings are not criminal prosecutions under the sixth amendment and thus, the defendant is not constitutionally guaranteed a speedy hearing," the motions (Docs. 147, 148) are **DENIED**. United States v. Taylor, 931 F.2d 842, 848 (11th Cir. 1991). Upon completion of his state sentence, the United States Marshal will transport Johnson to this jurisdiction pursuant to the federal warrant.

ORDERED in Tampa, Florida, on November 17, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE